# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

August 12, 2020

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

| Application granted. |
| SO ORDERED. |
| /s/ John G. Koeltl |
| New York, NY    John G. Koeltl |
| August 13, 2020    U.S.D.J. |

Re: *United States v Mahatab,* 16 Cr. 847 (JGK)

Your Honor:

On August 6, 2020, I was appointed to represent Sheikh Miah Mahatab in the referenced matter. Today, Mark Cohen, Esq. filed a Notice of Appearance and advised me that he had been retained to represent Mr. Mahatab. Accordingly, I ask that this Court relieve me from representing Mr. Mahatab further.

Very truly yours,

/s/
James E. Neuman